UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JEREMY MICHAEL TUDELA, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:23-cv-00233-MPB-CSW |
| WHITNEY SAINT TUDELA, *et al.*, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Consistent with today's entry, this action is dismissed with prejudice. Judgment is entered in favor of Defendants and against Plaintiffs, and Plaintiffs shall take nothing by way of their Complaint.

**IT IS SO ORDERED**.

Dated: August 21, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.