

**BILL TO**
**Jessica Fairchild**
4704 Alaina Drive
Newburgh, IN 47630
8124568555

**Schmitt Law Office, LLC**
220 NW Third Street
Suite 201
Evansville, Indiana 47708
(812) 678-0100

**Invoice #**: FAIRCHILD-018
March 12, 2025

**$18,232.50**

| Task | Rate | Hours | Total |
|---|---|---|---|
| **Jeremy Tudela Civil Suit**<br>[2024-05-17]: Draft letter to Scott Danks re not having yet received responses to production; | $325.00 | 0.60 | $195.00 |
| **Jeremy Tudela Civil Suit**<br>[2024-06-05]: Draft follow up letter to Scott Danks re not having yet received responses to production; | $325.00 | 0.70 | $227.50 |
| **Jeremy Tudela Civil Suit**<br>[2024-07-11]: Draft First Notice of Defects to Scott Danks; | $325.00 | 2.20 | $715.00 |
| **Jeremy Tudela Civil Suit**<br>[2024-07-31]: Draft letters to Scott Danks re discovery deficiencies; | $325.00 | 2.30 | $747.50 |
| **Jeremy Tudela Civil Suit**<br>[2024-08-09]: Draft Meet and Confer letter to Danks; | $325.00 | 0.40 | $130.00 |
| **Jeremy Tudela Civil Suit**<br>[2024-08-15]: Prepare for meeting with Danks; Meeting with Danks re outstanding discovery (Jeremy); | $325.00 | 1.50 | $487.50 |
| **Jeremy Tudela Civil Suit**<br>[2024-08-19]: Begin draft of Motion for Sanctions; | $325.00 | 0.60 | $195.00 |
| **Jeremy Tudela Civil Suit**<br>[2024-08-19]: Prepare for meeting with Danks; Meet and confer conference with Scott Danks re deficient discovery (Abbey); | $325.00 | 1.50 | $487.50 |
| **Jeremy Tudela Civil Suit**<br>[2024-08-22]: Continue draft of Motion for Sanctions; | $325.00 | 6.80 | $2,210.00 |

| | | | |
|---|---|---|---|
| **Jeremy Tudela Civil Suit** <br> [2024-08-23]: Continue draft of Motion for Sanctions; | $325.00 | 3.90 | $1,267.50 |
| **Jeremy Tudela Civil Suit** <br> [2024-08-28]: Continue draft of Motion for Sanctions; | $325.00 | 9.00 | $2,925.00 |
| **Jeremy Tudela Civil Suit** <br> [2024-08-29]: Continue draft of motion for sanctions; | $325.00 | 5.10 | $1,657.50 |
| **Jeremy Tudela Civil Suit** <br> [2024-08-30]: Continue draft of motion for sanctions; organize exhibits; E-file; | $325.00 | 7.20 | $2,340.00 |
| **Jeremy Tudela Civil Suit** <br> [2024-09-10]: Redaction of documents and Motion to Seal; | $325.00 | 6.70 | $2,177.50 |
| **Jeremy Tudela Civil Suit** <br> [2024-10-01]: Draft LTR to Scott Danks re WD of Response to Motion for Sanctions; | $325.00 | 2.60 | $845.00 |
| **Jeremy Tudela Civil Suit** <br> [2024-10-01]: Draft LTR to Scott Danks re WD of Response to Motion for Sanctions; | $325.00 | 0.90 | $292.50 |
| **Jeremy Tudela Civil Suit** <br> [2024-10-07]: Finalize draft of letter to Scott Danks; Draft Reply in Response; | $325.00 | 4.10 | $1,332.50 |

**Terms**
Net 15.
Make checks payable to and remit to the following:
Schmitt Law Office, LLC
220 NW Third Street, Suite 201
Evansville, IN 47708

**Notes**
For Professional Legal Services rendered, Expenses, and Fees requested by SDIN.
Balance due within 15 days from transmission of this Invoice.
Thank you!

| | |
|---|---|
| **Total:** | **$18,232.50** |
| Paid: | $0.00 |
| **Amount Due (USD):** | **$18,232.50** |