**EXHIBIT A**
**Dentons Bingham Greenebaum LLP's**
**Itemized Statement of Attorneys' Fees and Costs**

| Date | Initials | Name | Hours | Amount | Description |
|---|---|---|---|---|---|
| 5/7/2024 | 1571 | Derrick W. McDowell | 4.2 | 1260.00 | Legal research re non-compliance w/ Federal orders resulting from a Plaintiff's own requests; Conference w/ R. Schmitt re Status conference and legal research for Objection; Begin drafting Objection to Plaintiffs' untimely submission of Complaint |
| 5/15/2024 | 1426 | Reed S. Schmitt | 2.6 | 1170.00 | Review Answer to Interrogatories and Requests for Production; Revise LR 37-1 letter to Scott Danks; Conference with J. Beard; Prepare additional letter to Scott Danks regarding LR 37-1 on additional Interrogatories and Requests for Production; Conference with J. Beard; Conference with D. McDowell; Review Memorandum in support of Motion to Dismiss; Notes to file; Review and reply to texts with A. Dorsey |
| 5/15/2024 | 1425 | Jennifer P. Beard | 0.8 | 132.00 | Prepare letter (from dictation) to Scott Danks regarding deficiencies in discovery responses; Revise letter to Scott Danks; Prepare and send e-mail to Scott Danks regarding deficiencies in discovery responses; Revise and finalize Motion to Deem Matters Admitted; Revise Order Granting Motion to Deem Matters Admitted; Electronically file Motion to Deem Matters Admitted, accompanying Exhibits, and proposed Order |
| 5/16/2024 | 8788 | Ashley Dorsey | 2.5 | 625.00 | Draft letter to Scott Danks re: the deficient responses received from Jeremy; Phone conference with R. Schmitt re: deficient discovery responses received from opposing counsel; review Jeremy Tudela's and Abbey Tudela's discovery responses; draft letter to Scott Danks re: the deficient responses received from Abbey detailing each response that was deficient |
| 5/16/2024 | 1426 | Reed S. Schmitt | 2.2 | 990.00 | Call with A. Dorsey regarding LR 37-1 (Jeremy and Abbey Tudela's Responses); Two (2) calls with J. Beard regarding letters to Scott Danks; Revise LR 37-1 letter to Scott Danks regarding Jeremy Tudela's discovery responses; Revise 37-1 letter to Scott Danks regarding Abbey Tudela's discovery responses; Call with A. Dorsey; Brief conference with J. Beard; Brief conference with D. McDowell; Conference with L. Biggs regarding discovery issues |
| 5/16/2024 | 1425 | Jennifer P. Beard | 1.7 | 280.50 | Brief conference with R. schmitt; E-mail to A. Dorsey; E-mail to Alexander Schmitt; Call with A. Dorsey; Revise and finalize letter to Scott Danks regarding discovery deficiencies in Abbey Tudela's Responses Conference with R. Schmitt; Revise and finalize letter to Scott Danks regarding discovery deficiencies in Jeremy Tudela's Responses Prepare and send e-mail to Scott Danks regarding discovery deficiencies in Jeremy Tudela's Responses; Prepare and send e-mail to Scott Danks regarding discovery deficiencies in Abbey Tudela's Responses; Conference with R. Schmitt and L. Biggs regarding sending One Drive link to clients regarding discovery responses and deficiencies |
| 5/22/2024 | 1426 | Reed S. Schmitt | 0.8 | 360.00 | Review e-mail from Scott Danks' office regarding Joint Discovery Status Report; Conference with D. McDowell regarding failure to comply; Call with Randy Schmitt regarding meet and confer issues |
| 5/22/2024 | 1571 | Derrick W. McDowell | 0.4 | 120.00 | Conference w/ R. Schmitt re Plaintiffs' deficient discovery responses and failure to comply with Joint Discovery Report |

| Date | | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|---|
| 5/23/2024 | 1426 | Reed S. Schmitt | 0.9 | 405.00 | Call with D. McDowell regarding "meet and confer" letter; Review prior e-mails; Revise meet and confer letter; Call D. McDowell |
| 5/23/2024 | 1425 | Jennifer P. Beard | 0.2 | 33.00 | Revise draft of letter to Scott Danks regarding setting up meet and confer conference regarding discovery disputes; Brief conference with L. Biggs regarding sending letter out on May 24 |
| 5/23/2024 | 1571 | Derrick W. McDowell | 0.9 | 270.00 | Draft Letter to Opp. Counsel re Meet and Confer on discovery disputes |
| 5/28/2024 | 1426 | Reed S. Schmitt | 1.1 | 495.00 | Review and reply to e-mails from Scott Danks, and Leslie Williams regarding meet and confer; Review LR 37-1; Call with Tricia at United States District Court, Southern District of Indiana; Review Docket Entry #66 regarding Order on discovery issues; Brief conference with D. McDowell; Brief conference with J. Beard regarding May 15, and May 16 letters |
| 6/3/2024 | 1426 | Reed S. Schmitt | 1.8 | 810.00 | Revise Motion for Discovery Dispute Conference; Conference with J. Beard; Review and reply to texts and e-mails with J. Beard regarding revisions to Motion for Discovery Dispute Conference |
| 6/3/2024 | 1425 | Jennifer P. Beard | 2.3 | 379.50 | Revise draft of Neff/Saint Defendants' Motion for Discovery Dispute Conference; E-mail draft of Motion to R. Schmitt for review; Prepare draft of proposed Order Granting Motion for Discovery Dispute Conference E-mail draft of proposed Order to R. Schmitt for review; Brief call with R. Schmitt; Exchange text messages with R. Schmitt regarding additional revisions; Revise Motion; Revise proposed Order; Compile and prepare Exhibits 1-4 for filing with the Court |
| 6/4/2024 | 1425 | Jennifer P. Beard | 1.2 | 198.00 | Revise Motion for Discovery Dispute Conference Prepare draft of Order Granting Motion for Discovery Dispute Conference; Assemble and label Exhibits 1-4; Electronically file Motion for Discovery Dispute Conference, Exhibits, and proposed Order |
| 6/4/2024 | 1426 | Reed S. Schmitt | 0.4 | 180.00 | Conference with D. McDowell; Brief conference with S. Fullerton regarding revisions to Motion; Conference with J. Beard; Call with Alexander Schmitt regarding discovery dispute issues and production from Attorney General's office |
| 6/5/2024 | 1426 | Reed S. Schmitt | 0.6 | 270.00 | Review and reply to e-mails from Scott Danks regarding meet and confer issues; Call with Alexander Schmitt regarding meet and confer issues; Review response to Fairchild's Motion to Deed Admissions Admitted |
| 6/5/2024 | 1571 | Derrick W. McDowell | 0.3 | 90.00 | Review correspondence from Counsel for Vanderburgh Prosecutor and send reply; Review Local Rules for deadlines on Plaintiffs' most recent motion |
| 6/6/2024 | 1571 | Derrick W. McDowell | 0.1 | 30.00 | Conference w/ R.Schmitt re Scott Danks response to discovery dispute meeting |
| 6/8/2024 | 1426 | Reed S. Schmitt | 0.2 | 90.00 | E-mail to Scott Danks regarding meet and confer dates |
| 6/12/2024 | 1426 | Reed S. Schmitt | 0.4 | 180.00 | Review e-mail and letter from Scott Danks; Brief conference with J. Beard; Notes to file |
| 6/13/2024 | 1426 | Reed S. Schmitt | 1.7 | 765.00 | Review and reply to e-mails from Scott Danks regarding meet and confer; Review May 12, 2024 response letter from Scott Danks; Conference with L. Biggs regarding discovery responses and receipt of untimely discovery; Several conferences with D. McDowell regarding discovery dispute issues; Prepare letter to |

| Date | | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | Scott Danks regarding continued non-compliance with discovery responses; Two (2) calls from D. McDowell; Notes to file |
| 6/13/2024 | 1425 | Jennifer P. Beard | 0.2<br>-0.2 | 33.00<br>-33.00 | Conferences with R. Schmitt and D. McDowell regarding meet and confer conference and discovery deficiencies (0.2 HRS NO CHARGE - $33.00) |
| 6/13/2024 | 1571 | Derrick W. McDowell | 5.1 | 1530.00 | Brief conference w/ R.Schmitt re discovery issues with Plaintiffs; Review correspondence from Scott Danks received June 12; Draft Joint Status on Discovery to the Court; Correspondence w/ Scott Danks re Meet and Confer for 6.14.2024; Review and notate all deficient responses to discovery ahead of meet and confer meeting with Scott Danks; Review supplemental discovery production dropped off from Scott Danks' office today; Prepare notes for meet and confer meeting |
| 6/14/2024 | 1571 | Derrick W. McDowell | 5.2 | 1560.00 | Prepare for meet and confer conference w/ Scott Danks; Attend meet and confer conference w/ Scott Danks; Call w/ R. Schmitt re meet and confer conference; Continue and finish drafting of Joint Report on Status of Discovery for R.Schmitt's review; Brief legal research into standing issues for defamation |
| 6/14/2024 | 1426 | Reed S. Schmitt | 1.1 | 495.00 | Two (2) calls with D. McDowell; Review May 16 letter to Scott Danks regarding discovery issues; Call with Randy Schmitt; Notes to file regarding Status Report |
| 6/17/2024 | 1426 | Reed S. Schmitt | 1.8 | 810.00 | Revise Joint Discovery Status Report; Three (3) conferences with D. McDowell regarding revisions to Status Report; Review e-mails ; Call with Alexander Schmitt regarding Report; Conference with J. Beard; Conference with L. Biggs; Notes to file |
| 6/18/2024 | 1571 | Derrick W. McDowell | 2.3 | 690.00 | Correspondence to Scott Danks re missing Fairchild production; Review Fairchild's Response to Motion to Withdraw; Additional correspondence to Scott Danks and all counsel of record regarding Joint Report on Status of Discovery; Review draft Proposed Order from counsel Alex Beeman re confidential records; Make revisions to the Proposed Order; Correspondence w/ Alex Beeman transmitting suggested additions to Proposed Order; Phone call w/ Co-Defense counsel, Alex Schmitt re Proposed Order |
| 6/20/2024 | 1571 | Derrick W. McDowell | 3.2 | 960.00 | Review correspondence from Scott Danks re Joitn Report on Meet and Confer; Draft and send correspondences to Scott Danks in reply re Meet and Confer after reviewing notes; Brief conference w/ R.Schmitt re request of Scott Danks re Meet and Confer; Draft Defendants' Joint Discovery Report; Review Redline of Joint Status Report on Meet and Confer from Scott Danks and email Scott Danks re the same |
| 6/20/2024 | 1426 | Reed S. Schmitt | 0.9 | 405.00 | Two (2) conferences with D. McDowell regarding Discovery sTatus Report and Meet and Confer Report; Review e-mails fro Scott Danks; Review Status Report; Conference with J. Beard; Conference with A. Dorsey regarding Requests for Production; Call with Randy Schmitt |
| 6/21/2024 | 1571 | Derrick W. McDowell | 1.0 | 300.00 | Correspondence to all counsel re joint discovery report; Correspondence to Scott Danks re joint report on meet and confer; Review additions from counsel for Jessica Fairchild to joint discovery report; Make revisions to joint meet and confer report and prepare for filing; Call w/ Co-Defense Counsel Alex Schmitt re discovery report; Additional correspondences w/ Scott Danks re his belated filings |

| Date | ID | Attorney | Hours | Amount | Description |
|---|---|---|---|---|---|
| 6/25/2024 | 1571 | Derrick W. McDowell | 0.5 | 150.00 | Correspondence to Scott Danks and all counsel re Danks having not filed the Joint Status Report on Discovery; Call w/ Counsel for Vanderburgh Prosecutor re documents missing from their discovery production; Correspondence w/ Scott Danks' legal assistant, Lesley re status of discovery report |
| 6/28/2024 | 1426 | Reed S. Schmitt | 2.5 | 1125.00 | Review Admissions; Conference with D. McDowell regarding Motion for Leave to Amend and Supplement MOtion to Dismiss; Notes to file; Two (2) conference calls with D. McDowell and Randy Schmitt regarding Trial Rule 11 Sanctions, Motion for Summary Judgment, meet and confer, and settlement offers Conerence call with Randy Schmitt and D. McDowell regarding strategy of filing Motion for Summary Judgment and demand letter to Scott Danks; Review e-mails from Scott Danks; Two (2) calls with D. McDowell regarding errors in Status Report |
| 6/28/2024 | 1571 | Derrick W. McDowell | 2.2 | 660.00 | Strategy Conference w/ R. Schmitt re Motion to Dismiss and Motion for Summary Judgment; Review Draft Discovery Report of All Parties sent by Plaintiff today; Correspondence to all Parties noting Plaintiffs' error on the draft regarding the status of Vanderburgh County; Correspondence to all counsel of record re Plaintiffs' error within Joint Discovery Report Draft |
| 7/7/2024 | 1426 | Reed S. Schmitt | 0.4 | 180.00 | Prepare e-mail to Scott Danks regarding discovery compliance; Call with Randy Schmitt; Review documents |
| 7/8/2024 | 1571 | Derrick W. McDowell | 5.8 | 1740.00 | Completely review both sets of Plaintiffs' Supplemental Production and note all deficient responses; Meet with R. Schmitt to discuss next steps re the deficient responses; Review Court's Order on Discovery Conference; Begin drafting correspondence to Scott Danks re the deficient responses |
| 7/8/2024 | 1426 | Reed S. Schmitt | 1.4 | 630.00 | Two (2) conferences with D. McDowell regarding document production and compliance with Agreed Discovery Dispute Order; Review production of documents and discussion to file Motion for Discovery Dispute Conference |
| 7/9/2024 | 1426 | Reed S. Schmitt | 0.6 | 270.00 | Review and revise letter to Scott Danks regarding discovery deficiencies; Review and revise Supplemental Requests for Production; Conference with D. McDowell regarding revisions and Motion for Discovery Dispute Conference |
| 7/9/2024 | 1571 | Derrick W. McDowell | 4.4 | 1320.00 | Finish drafting detailed letter to Opposing Counsel re deficient supplemental discovery response and request for court hearing; Draft Request for Discovery Conference |
| 7/9/2024 | 1425 | Jennifer P. Beard | 0.1 | 16.50 | E-mail to Scott Danks regarding deficiencies in supplemental responses and production |
| 7/31/2024 | 1571 | Derrick W. McDowell | 0.2 | 60.00 | Review Court's recent order on Discovery Dispute conference and request for parties to provide summaries of issues |
| 7/31/2024 | 1426 | Reed S. Schmitt | 1.1 | 495.00 | Review two (2) e-mails and additional Scheduling Order for discovery dispute from Magistrate Wildeman; Conference with J. Beard and D. McDowell regarding necessary response and deadline for letter and outline of discovery disputes; Call with Alexander Schmitt |
| 8/2/2024 | 1426 | Reed S. Schmitt | 1.1 | 495.00 | Review of Orders from Judge Brookman; Notes to file regarding additional actions to be taken and possible ruling on Motion to Dismiss; Call from Alexander Schmitt regarding order affirming Magistrate Wildeman's Order; Notes to file; E-mail to Ward and Michelle Neff and Whitney Saint |

| Date | | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|---|
| 8/5/2024 | 1426 | Reed S. Schmitt | 0.1 | 45.00 | Conference with L. Biggs regarding Tudela's discovery |
| 8/5/2024 | 1571 | Derrick W. McDowell | 3.9 | 1170.00 | Review District Court Judge's Order re Appeal of Magistrate's Decision to Deem Matters Admitted; Review Case Management Plan for upcoming hearing; Review last correspondence to S.Danks re discovery deficiencies for upcoming discovery dispute hearing; Review Requests for Production and Interrogatories to compile Court Ordered summary document of deficiencies; Draft Summary document for Magistrate per Court Order re Discovery Dispute |
| 8/6/2024 | 1571 | Derrick W. McDowell | 2.1 | 630.00 | Legal research re malicious prosecution civil claims and various sanctions provisions of federal rules of civil procedure and federal statutes; Prepare list of disputed discovery interrogatories and requests for production pursuant to Court's Order |
| 8/8/2024 | 1426 | Reed S. Schmitt | 2.3 | 1035.00 | Review Scott Danks' Motion to Dismiss; Two (2) conferences with D. McDowell and J. Harrison III; Conference with T. Dudlo-McCracken regarding Response; Review and revise Notice of Intention to file Response to Motion to Dismiss; Review FRCP 41(a)(2); Notes to file; Call with Alexander Schmitt; Conference with J. Harrison III; Notes to file regarding concerns with new state court filing |
| 8/9/2024 | 1659 | Joseph H. Harrison, III | 3.7 | 1147.00 | Analyze strategy in responding to Plaintiff's Motion to Dismiss; Begin drafting outline of response to Plaintiff's Motion to Dismiss; Conference with R. Schmitt and D. McDowell regarding strategy in responding to Plaintiffs' Motion to Dismiss |
| 8/9/2024 | 1571 | Derrick W. McDowell | 5.3 | 1590.00 | Legal research regarding Sanctions and Voluntary Dismissal; Begin drafting Motion for Sanctions; Strategic meeting regarding next steps for response and correspondence to all counsel re dismissal; Draft formal correspondence for R. Schmitt's review regarding possible dismissal and requirement of payment of fees and costs by Plaintiffs; Review Court's Order filed this afternoon re Fairchild's Motion to Set Aside |
| 8/9/2024 | 1426 | Reed S. Schmitt | 2.8 | 1260.00 | Two (2) conferences with D. McDowell and J. Harrison III regarding Danks' Motion to Dismiss and our Response and research to eliminate possibility of refiling in State Court; Review e-mails from Alex Beeman and David Jones regarding dismissal; Additional conference with D. McDowell and J. Harrison III; Revise e-mail to Scott Danks regarding acceptance of dismissal; Considering timing of Motion for Sanctions and breadth of recovery; Call from David Jones; Notes to file; Call with Alexander Schmitt |
| 8/12/2024 | 1659 | Joseph H. Harrison, III | 0.2 | 62.00 | Review correspondence with opposing counsel regarding Plaintiffs' Motion to Dismiss |
| 8/12/2024 | 1571 | Derrick W. McDowell | 5.1 | 1530.00 | Legal research and drafting Motion for Sanctions |
| 8/13/2024 | 1571 | Derrick W. McDowell | 5.4 | 1620.00 | Continue drafting Motion for Sanctions |
| 8/13/2024 | 1426 | Reed S. Schmitt | 0.4 | 180.00 | Review e-mail from Scott Danks regarding settlement and dismissal; Conference with D. McDowell; Review e-mail from Alexander Schmitt regarding dismissal |
| 8/13/2024 | 1659 | Joseph H. Harrison, III | 2.1 | 651.00 | Draft clients' Response to Plaintiffs' Motion to Dismiss |

| Date | ID | Attorney | Hours | Amount | Description |
|---|---|---|---|---|---|
| 8/14/2024 | 1571 | Derrick W. McDowell | 0.6 | 180.00 | Review Court's Orders of dismissal issued today; Strategy meeting w/ R.Schmitt to discuss next steps |
| 8/14/2024 | 1659 | Joseph H. Harrison, III | 1.8 | 558.00 | Review Joint Motions to Dismiss certain Defendants with Prejudice and Orders granting same; Meeting with R. Schmitt and D. McDowell to discuss strategy in responding to Plaintiffs' Counteroffer regarding terms of dismissal; Analyze strategy in responding to Plaintiff's Counteroffer regarding terms of dismissal |
| 8/14/2024 | 1426 | Reed S. Schmitt | 1.4 | 630.00 | Conference with D. McDowell and J. Harrison III regarding dismissal with prejudice, Motion for Sanctions, and possible recovery of attorneys' fees; Call with Alexander Schmitt; Notes to file; Prepare outline for call with clients |
| 8/15/2024 | 1426 | Reed S. Schmitt | 1.6 | 720.00 | Review prior notes; Conference call with Ward and Michelle Neff, and Whitney Saint; Notes to file; Conference with D. McDowell and J. Harrison III regarding Motion for Sanctions; Notes to file; Conference with T. Dudlo-McCracken regarding impact in divorce matter; Review e-mail and attachments from Michelle Neff |
| 8/15/2024 | 1659 | Joseph H. Harrison, III | 0.2 | 62.00 | Meeting with R. Schmitt and D. McDowell to discuss clients' Response to Plaintiffs' Counteroffer regarding terms of dismissal; Review strategy in responding to Plaintiffs' Motion to Dismiss |
| 8/15/2024 | 1571 | Derrick W. McDowell | 4.2 | 1260.00 | Drafting Motion for Sanctions draft for R.Schmitt's Review of pleadings and docket for references within Motion; Review of correspondences w/ Opp. Counsel and all counsel for Motion; Strategy meeting on Sanctions and Dismissal w/ R.Schmitt |
| 8/16/2024 | 1659 | Joseph H. Harrison, III | 2.4 | 744.00 | Draft clients' Response to Plaintiffs' Motion to Dismiss |
| 8/16/2024 | 1571 | Derrick W. McDowell | 4.4 | 1320.00 | Continue drafting and record researching for Motion for Sanctions for R.Schmitt's Review; Draft Proposed Order granting Motion for Sanctions; Begin creating Exhibits for Motion for Sanctions |
| 8/16/2024 | 1426 | Reed S. Schmitt | 0.9 | 405.00 | Conference with D. McDowell; Revise Summary Letter to Magistrate Wildeman regarding discovery dispute conference; Conference with D. McDowell; Review e-mail from Scott Danks regarding discovery dispute; Review and reply to texts with D. McDowell regarding discovery deficiencies, meet and confer date |
| 8/18/2024 | 1426 | Reed S. Schmitt | 1.4 | 630.00 | Review e-mails from Scott Danks; Review prior e-mails; Review and revise Motion for Sanctions |
| 8/18/2024 | 1571 | Derrick W. McDowell | 2.3 | 690.00 | Finalize draft Motion with Citations and Exhibit References for R. Schmitt's Review |
| 8/19/2024 | 1571 | Derrick W. McDowell | 5.5 | 1650.00 | Finalize exhibits for Motion for Sanctions; Draft summary of arguments for Discovery Dispute Hearing with Magistrate; Make R.Schmitt requested revisions to Motion for Sanctions; Review Summary for Hearing submitted by Plaintiffs |
| 8/19/2024 | 1426 | Reed S. Schmitt | 1.8 | 810.00 | Conference with D. McDowell regarding revisions to Motion for Sanctions; Conference with J. Beard; Revise Order on Motion for Sanctions; Review file notes for listing of Danks' series of mistakes and improper filings; Conference with D. McDowell regarding outline for discovery dispute conference; Conference with J. HarrisonIII regarding Response; Review E-mail from Scott Danks; Review Plaintiffs' Discovery Summary |

| Date | | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|---|
| 8/19/2024 | 1425 | Jennifer P. Beard | 0.9 | 148.50 | Brief conference with D. McDowell and R. Schmitt regarding submitting outline; Prepare and send e-mail to CSW _Settlement@insd.uscourt.gov, Scott Danks, R. Schmitt, and D. McDowell submitting Neff Defendants' Summary/Outline of Position on Discovery Dispute and Exhibit 1 containing ONLY the discovery requests that are disputed; Finalize and prepare Motion for Sanctions, Exhibits 1-9, and proposed Order for filing with the Court; Electronically file Motion for Sanctions, Exhibits 1-9, and proposed Order with United States District Court, Southern District of Indiana; Electronically file Appearance for Joseph Harrison III with United States District Court, Southern District of Indiana |
| 8/19/2024 | 1659 | Joseph H. Harrison, III | 6.4 | 1984.00 | Draft and revise clients' Response to Plaintiffs' Motion to Dismiss; Draft Appearance; Review clients' Motion for Sanctions; Review clients' Discovery Conference Submission Statement |
| 8/20/2024 | 1571 | Derrick W. McDowell | 3.1 | 930.00 | Finish drafting summary of arguments and time line for discovery dispute hearing; Draft memorandum on malicious prosecution and absolute immunity; Review Court's Order from today re Discovery Conference |
| 8/20/2024 | 1659 | Joseph H. Harrison, III | 1.3 | 403.00 | Review and revise clients' draft Response to Plaintiffs' Motion to Dismiss; Review litigation timeline document; Review Order vacating Discovery Dispute Conference |
| 8/20/2024 | 1425 | Jennifer P. Beard | 0.3 | 49.50 | Call with R. Schmitt; Revise Response to Plaintiffs' Motion to Dismiss; Brief conference with J. Harrison III; Electronically file Response to Plaintiffs' Motion to Dismiss |
| 8/20/2024 | 1426 | Reed S. Schmitt | 1.7 | 765.00 | Revise Response to Motion to Dismiss; Call with J. Beard; Call with J. Harrison III; Review Order Vacating Discovery Dispute Conference; Conference with D. McDowell; Conference with J. Harrison III; Notes to file; Call with Randy Schmitt regarding next steps; Call with Alexander Schmitt regarding discovery production by Danks; Review discovery deficiencies in our matter considering next steps |
| 8/21/2024 | 1426 | Reed S. Schmitt | 2.4 | 1080.00 | Begin review of memorandum from D. McDowell regarding malicious prosecution; Review Order from Judge Brookman regarding dismissal of action with prejudice; Considering future actions, including malicious prosecution; Notes to file; Call with Randy Schmitt regarding future actions; call with Alexander Schmitt regarding Order of Dismissal |
| 8/21/2024 | 1571 | Derrick W. McDowell | 1.9 | 570.00 | Finalize memorandum re malicious prosecution and absolute immunity; Review Court's Order from today |
| 8/21/2024 | 1659 | Joseph H. Harrison, III | 0.8 | 248.00 | Analyze Plaintiffs' deadline to respond to clients' Motion for Sanctions and deadline to reply in support of Motion to Dismiss; Review clients' discovery response deadlines; review Order setting October telephonic status conference; review Case Management Plan; review Scheduling Order setting jury trial date and final pre-trial conference; review Court's entry of final judgment in favor of clients |
| 8/22/2024 | 1571 | Derrick W. McDowell | 0.5 | 150.00 | Review Court's Order; Strategy meeting with R. Schmitt re sanctions and next steps |
| 8/22/2024 | 1489 | Trisha S. Dudlo-McCracken | 1.0 | 350.00 | Review Order; Discuss with R. Schmitt |

| Date | | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|---|
| 8/23/2024 | 1659 | Joseph H. Harrison, III | 0.4 | 124.00 | Review legal authorities cited in clients' Response to Plaintiffs' Motion to Dismiss and correspond with opposing counsel Alexander Schmitt regarding same |
| 8/23/2024 | 1571 | Derrick W. McDowell | 0.6 | 180.00 | Review Sanctions local rules, deadlines, and procedures |
| 8/26/2024 | 1659 | Joseph H. Harrison, III | 0.1 | 31.00 | Review Defendant Fairchild's Notice of Intent to File Motion for Sanctions against Plaintiffs |
| 8/29/2024 | 1571 | Derrick W. McDowell | 4.9 | 1470.00 | Legal research re new potential for malicious prosecution claim as for Michelle Neff re federal defamation claim and intentional infliction of emotional distress as a result of Court's favorable ruling; Draft memorandum re said research and advise |
| 8/30/2024 | 1571 | Derrick W. McDowell | 1.9 | 570.00 | Research re Rule 11 Sanctions and possible Amendment per R. Schmitt's request |
| 8/30/2024 | 1426 | Reed S. Schmitt | 0.8 | 360.00 | Two (2) calls with Alexander Schmitt regarding possible Rule 11 sanctions and ability to amend Motion for Sanctions; Review and reply to e-mails; Review research; Two (2) calls with D. McDowell regarding additional research and possibility of Rule 11 sanctions |
| 9/3/2024 | 1571 | Derrick W. McDowell | 0.3 | 90.00 | Review Response to Motion for Sanctions filed by Plaintiffs |
| 9/4/2024 | 1426 | Reed S. Schmitt | 1.9 | 855.00 | Conference with D. McDowell regarding Order and Danks' Response to Motion for Sanctions; Notes to file; Conference with T. Dudlo-McCracken regarding Motion to Strike; Call with Alexander Schmitt regarding Danks' Response; Conference with D. McDowell regarding Motion to Strike or Reply to Danks' Motion |
| 9/4/2024 | 1571 | Derrick W. McDowell | 2.7 | 810.00 | Review correspondences from Opp. Counsel for purposes for use as exhibits in Reply to Response to Motion for Sanctions; Legal research re the same |
| 9/4/2024 | 1659 | Joseph H. Harrison, III | 0.4 | 124.00 | Review Order directing Clerk to seal Defendant Fairchild's Motion for Sanctions and supporting exhibits; review Plaintiffs' Response to Clients' Motion for Sanctions |
| 9/5/2024 | 1571 | Derrick W. McDowell | 3.5 | 1050.00 | Begin drafting Reply to Response to Motion for Sanctions; Brief legal research re the same; Draft correspondence to S. Danks requesting he withdraw his Response for the false assertions stated within; Legal research re additional sanctions as a result of falsehoods within Plaintiffs' Response |
| 9/5/2024 | 1426 | Reed S. Schmitt | 2.4 | 1080.00 | Two (2) conferences with D. McDowell regarding Reply to Danks' Response and letter to Danks to Withdraw Response; Brief conference with L. Biggs regarding produced documents; Mark-up Response for false statements and misrepresentations; Revise letter to Danks; Review and reply to texts with Ward Neff; E-mail to Scott Danks; E-mail with D. McDowell regarding additional matters fro Reply |
| 9/6/2024 | 1426 | Reed S. Schmitt | 0.9 | 405.00 | Conference with D. McDowell; Revise letter to Scott Danks; Review outline for Reply to Motion for Sanctions; Review and reply to texts with Ward Neff |
| 9/6/2024 | 1571 | Derrick W. McDowell | 5.6 | 1680.00 | Legal research for Reply to Response for Motion for Sanctions; Continue drafting Reply; Review docket and all prior submitted motion and exhibits of Plaintiff for Rule 11 violations |

| Date | | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|---|
| 9/9/2024 | 1571 | Derrick W. McDowell | 5.7 | 1710.00 | Continue drafting Reply to Response to Motion for Sanctions |
| 9/9/2024 | 1426 | Reed S. Schmitt | 0.4 | 180.00 | Conference with D. McDowell regarding responses from Scott Danks and content of Reply |
| 9/10/2024 | 1426 | Reed S. Schmitt | 1.4 | 630.00 | Conference with D. McDowell regarding Reply to Danks' Response to Motion for Sanctions; Revise Reply; Review prior letter from Danks regarding asserting sanctions against R. Schmitt; Conference with D. McDowell |
| 9/10/2024 | 1659 | Joseph H. Harrison, III | 1.0 | 310.00 | Review and propose edits to Clients' draft Reply in Support of Motion for Sanctions; analyze strategy in making request for oral argument hearing |
| 9/10/2024 | 1571 | Derrick W. McDowell | 5.3 | 1590.00 | Finish work on Reply to Response for Sanctions and add citations to record and evidence; Create exhibits for Reply; Additional legal research re FRCP 11 |
| 9/10/2024 | 1425 | Jennifer P. Beard | 0.3 | 49.50 | Brief conference with R. Schmitt and D. McDowell; Finalize Reply in Support of Motion for Sanctions and Exhibits for filing with the Court; Electronically file Neff Defendants' Reply in Support of Motion for Sanctions and Exhibits with the United States District Court, Southern District of Indiana |
| 9/13/2024 | 1571 | Derrick W. McDowell | 0.2 | 60.00 | Review Plaintiffs' motion attachments filed today re extension |

| | | | | |
|---|---|---|---|---|
| BILLED TOTALS: | WORK: | 191.3 | $63,673.00 | 100 records |
| BILLED TOTALS: | BILL: | 191.1 | $63,640.00 | |
| TOTALS: | WORK: | 191.3 | $63,673.00 | 100 records |
| TOTALS: | BILL: | 191.1 | $63,640.00 | |
| COST: | | | $133.75 | 9/17/24 Misc. - PAID TO: Elizabeth T. Culiver, Court Reporter - Fee for obtaining Report's Transcript of May 6, 2024 Status Conference |
| TOTAL COST: | | | $133.75 | |
| GRAND TOTAL FEES & COST: | | | $63,773.75 | |

| TIMEKEEPER BREAKDOWN | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | TOTAL |
| Reed Schmitt | 48.2 | 450.00 | $21,690.00 |
| Trisha Dudlo-McCracken | 1.0 | 350.00 | $350.00 |
| Joseph Harrison III | 20.8 | 310.00 | $6,448.00 |
| Derrick McDowell | 110.8 | 300.00 | $33,240.00 |
| Ashley Dorsey | 2.5 | 250.00 | $625.00 |
| Jennifer Beard | 7.8 | 165.00 | $1,287.00 |
| | | | $63,640.00 |